IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE SHAW, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-CV-1745 |
| : | |
| CITY OF PHILADELPHIA, LAW : | |
| DEPARTMENT, *et al.*, : | |
|     Defendants. : | |

**ORDER**

AND NOW, this 11th day of April, 2025, upon consideration of Plaintiff Dwayne Shaw's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion to Appoint Counsel (ECF No. 3) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum as follows:

    a. Claims for prospective relief and state claims are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

    b. The remainder of the Complaint is **DISMISSED WITH PREJUDICE**.

4. The Motion to Appoint Counsel is **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                                        **BY THE COURT:**

                                                                        **/s/ Hon. Kelley B. Hodge**
                                                                        **KELLEY BRISBON HODGE, J.**